UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

FILED
DEC 28 2023

| | |
|---|---|
| THOMAS BRAZIL,<br><br>        Plaintiff,<br><br>vs<br><br>MENARD, INC.,<br><br>        Defendant. | 1:22-CV-01001-CBK<br><br>**JUDGMENT AND ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

The Court having been advised that the case has been resolved and the parties have jointly moved for a dismissal of the matter with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedures,

IT IS ORDERED that this action is dismissed with prejudice as to all claims, causes of actions and parties, and with each of the parties to bear their own attorney fees' and costs. This Court retains ancillary jurisdiction to enforce any settlement agreements entered into by the parties and their representatives. *See Harris v. Arkansas State Highway and Transp. Dep't.*, 437 F.3d 749 (8th Cir. 2006).

Dated this 23rd day of December, 2023.

BY THE COURT:

Charles B. Kormann
United States District Court Judge